# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>GERMAN DE JESUS TRUJILLO-CACERES,<br><br>                Defendant. | CASE NO. 13cr706 BEN<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>APR 18 2013<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

8:1326 - Deported Alien Found In The United States

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/18/2013

                                                    David H. Bartick<br>
                                                    U.S. Magistrate Judge